**Electronically Filed
Supreme Court
SCWC-29512
09-MAY-2012
08:25 AM**

NO. SCWC-29512

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

LESLIE A. AMONG, Petitioner/Plaintiff-Appellant,

vs.

HARRY J. SCHWENKER, CITY AND COUNTY OF HONOLULU, a Municipal Corporation; HONOLULU POLICE DEPARTMENT; LEE DONOHUE, Chief of Police; OFFICER KYLE HO; OFFICER DAN NAKASATO; OFFICER BENJAMIN MAHI; OFFICER TRACY DANTSUKA; GMR LLC; PHIL RUSSELL AND ASSOCIATES, LTD.; HONOLULU NEIGHBORHOOD HOUSING SERVICES, INC.; PETER B. CARLISLE, Chief of the Office of the Prosecuting Attorney of the City and County of Honolulu; KEVIN S. TERUYA, Prosecuting Attorney of the Office of the Prosecuting Attorney of the City and County fo Honolulu; BOISSE P. CORREA, Chief of Police; NYLE DOLERA, Acting Major, Internal Affairs; DEPARTMENT OF INTERNAL AFFAIRS of the Police Department of the City and County of Honolulu; D.H. GRAHAM COMPANY, LTD.; JOHN DOES 1-9; JANE DOES 1-9; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-9; ROE "NON-PROFIT" CORPORATIONS 1-10; and ROE GOVERNMENTAL ENTITIES 1-9, Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-29512; CIVIL NO. 05-1-1108)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Nishimura, in place of Duffy, J., recused)

Petitioner/Plaintiff-Appellant Leslie a. Among's application for writ of certiorari, filed March 28, 2012, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 9, 2012.

Terry G. Oppermann,
Attorney for Petitioner/
Plaintiff-Appellant on
the application.

Robert Carson Godbey
and Curtis E. Sherwood,
Attorneys for Respondents/
Defendants-Appellees on
the response.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Rhonda A. Nishimura

